IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

(Tucson Division) **CRIMINAL MINUTES**

 11 / 1013 /     Date: March 26, 2012
Yr    Case No.  Dft#

 X  Hon.  RANER C. COLLINS    #7024

USA v.  Ghermon Lateke Tucker (7) – present in custody

USA v.  Ja'cory Dante Ranger  (8) – present in custody

USA v.  Jerome Noel Ranger (10)– present and is released

USA v.  Jeremy Tucker (13) present in custody

Deputy Clerk: Maureen Gorski        Crt Rptr: Erica Grund

U. S. Atty: Kimberly Hopkins/James Lacey

Dft Atty: Dan Cooper (7), CJA; Bradley Armstrong (8), CJA;
S. Jonathan Young (10), CJA; Eric Manch (13), CJA.  Counsel are all present

Intrptr:        N/A
================================================================
**PROCEEDINGS:**   XX   Open Court       Chambers       Other

CONTINUED EVIDENTIARY MOTION HEARING/TRIAL DATE:

   Defendant Ja'Cory Ranger was not transported in time to be present for the start of the motion hearing.  Mr. Armstrong waives defendant's presence, with agreement of defendant, until the defendant is present.

   Witnesses sworn and examined (See separate list)

   11:54 a.m. defendant Ja'Cory Ranger is now present.  Recess is taken until 1:15 p.m. this date.

   **IT IS ORDERED CONTINUING** the evidentiary motion hearing to March 29, 2012 at 10:30 a.m.  Trial date will be reset at next hearing.

                              Motion hearing with evidence:  5 hrs 15 min.