UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

UNITED STATES OF AMERICA
PLAINTIFF

V.

GHERMON LATEKE TUCKER, ET AL.
DEFENDANTS

EXHIBIT LIST

FILED / RECEIVED  MAR 29 2012
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY _____ DEPUTY

CASE NUMBER: CR 11-1013-TUC-RCC

| | |
|---|---|
| PRESIDING JUDGE: Hon. Raner C. Collins | COURTROOM DEPUTY: Maureen Gorski |
| COURT REPORTER: Dianna Davenport / Erica Grund | |
| HEARING/TRIAL DATE(S): March 12, 2012; March 26, 2012; March 29, 2012 | PLAINTIFF ATTORNEY(S): James T. Lacey, AUSA; Kimberly Hopkins, AUSA |
| DEFENDANT ATTORNEY(S): Dan Cooper; Bradley Armstrong; Jon Young; Eric Manch | |

| PLF NO. | DFT NO. | DATE ADMITTED | EXHIBITS |
|---|---|---|---|
| 1 | | 3-12-12 | Photograph of Mayco Ledezma-Prieto |
| 2 | | 3-12-12 | Surveillance Log, 2/4/12  4 Pgs |
| 3a | | 3-12-12 | Vehicle Registration Information, black Cadillac CTS |
| 3b | | 3-12-12 | Vehicle Registration Information, red Chrysler |
| 3c | | 3-12-12 | Vehicle Registration Information, Nissan Murano |
| 4a-b | | 3-12-12 | Photographs of Jamie Santiago Lopez-Lorenzo |
| 5a | | 3-12-12 | Photograph of Ghermon Lateke Tucker |
| 5b | | 3-12-12 | Photograph of Gregorio Ruiz |
| 5c | | 3-12-12 | Photograph of Gregorio Guzman-Rocha |
| 5d | | 3-12-12 | Photograph of Roberto Del Solar Ramos |
| 6 | | 3-12-12 | Home Invasion Link Chart |
| 7a-d | | 3-12-12 | Slide Show Photographs of Adversarial Forces |
| 8 | | 3-12-12 | Surveillance Log, 3/2/11  5 pages |
| 9a-e | | 3-12-12 | Photographs of Text Messages |
| 10a | | 3-12-12 | Vehicle Registration Information, Cadillac Escalade |
| 10b | | 3-12-12 | Vehicle Registration Information, Ford Expedition |
| 11a-e | | 3-12-12 | Photographs at the Food City Parking Lot |
| 12 | | 3-12-12 | Vehicle Registration Information, Jeep Commander |
| 13a-l | | 3-12-12 | Photographs at the Circle K in Tucson |
| 14a-k | | 3-12-12 | Photographs of Escalade and Weapons |
| 15a-i | | 3-12-12 | Photographs of Expedition, Weapons, Vests |
| 16a-c | | 3-12-12 | Photographs of Gloves and Zip Ties |
| 17 | | 3-12-12 | Photo of Michael Austin |

*EXHIBIT LIST* -- CONTINUATION

| USA VS GHERMON LATEKE TUCKER, ET AL., | CASE NO. CR-11-1013-TUC-RCC |
|---|---|

| PLF NO. | DFT NO. | DATE ADMITTED | *EXHIBITS* |
|---|---|---|---|
| 18 | | 3/12/12 | Transcript from 3/22/2011 Arraignment/Detention/Dangerousness hearing |
| 19 | | 3/29/12 | Translation of 2/4/2011 meeting held in Phoenix |
| 20 | | 3/29/12 | Copy of redacted handwritten notes |
| 21A-21VV | | 3/29/12 | Series of photos of individuals ONLY Admitted A,D,G,J,M, P,S,T through Z; and AA through VV |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | 25 | | Certificate of authenticity from MVD for Ghermon Tucker's driver's license |
| | 26 | 3/29/12 | Photo of ariel surveillance of black Escalade |
| | 27 | 3/29/12 | Photo of ariel surveillance of red Explorer |
| | 28 | 3/29/12 | Photo of occupants on side of road from Expedition |
| | 29 | 3/29/12 | Photo of 3 occupants from Escalade |
| | 30 | 3/29/12 | Photo of 2 occupants from Escalade |

*EXHIBIT LIST* -- CONTINUATION