DAN H. COOPER, BAR NO. 004900
Attorney for Defendant
136 W. Simpson Street
Tucson, AZ 85701
(520) 770-1414
dcooper@cooperudall.com

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | CR-11-1013-TUC-RCC-HCE |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | MOTION FOR DISCLOSURE |
| | ) | |
| GHERMON LATEKE TUCKER, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

Pursuant to *Brady v. Maryland*, 373 U.S. 83(1963), and to the Due Process Clause to the United States Constitution, Ghermon Tucker moves this court to order disclosure of documents relating to witnesses in the above-captioned matter.

It is anticipated that the government will call one or more co-defendants at trial. These co-defendants, it is believed, have agreed to cooperate in exchange for benefits provided by the government. The identities of the co-operating witnesses are suspected but not yet known. Nevertheless, it is requested that prior to trial the government disclose the following information relating to the informants:

1. Any prior conviction for a felony, the date and place of conviction, and any conviction for a misdemeanor involving honesty and truthfulness;

2. All pre-sentence reports prepared in prior cases of the informant;

3. Pre-sentence report prepared in the instant case;

1

4. All statements made by the informant regarding the instant case as well as all statements about his knowledge of the co-defendants in the instant case;

5. All mental health records for any treatment received by the cooperating co-defendant for any emotional or mental health disorder including records of all medications used by the cooperating co-defendants either on March 2, 2011 or currently.

Respectfully submitted this 19th day of July, 2012.

By s/ *Dan H. Cooper*
Dan H. Cooper