1  DAN H. COOPER, BAR NO. 004900
   Attorney for Defendant
2  136 W. Simpson Street
3  Tucson, AZ 85701
   (520) 770-1414
4  dcooper@cooperudall.com

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | CR-11-1013-TUC-RCC-HCE |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | MOTION FOR DISCLOSURE |
| | ) | (SOLAR-RAMOS) |
| GHERMON LATEKE TUCKER, | ) | |
| | ) | |
| Defendant. | ) | |

It is expected that excludable delay under Title 18 U.S.C. §3161(h)(1)(F) may occur as a result of this motion or of an order based thereon.

Ghermon Tucker, through undersigned counsel, moves this Court to order that the government disclose the full free talk provided by Roberto del Solar-Ramos.

On July 5, 2011, del Solar-Ramos provided a free talk to law enforcement regarding this case. The government, pursuant to Jencks, disclosed the talk on August 2, 2012. It is three pages, bate stamped 437-438-439. However, there are four pages to del Solar's statement. Page 3 is missing. It is requested that the government disclose the missing page.

Respectfully submitted this  6th  day of August, 2012.

By s/ *Dan H. Cooper*
Dan H. Cooper

1