PD

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

FILED ___ LODGED
RECEIVED ___ COPY
AUG 24 2012
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs ) | NO: CR-11-1013-TUC-RCC |
| ) | |
| GHERMON LATEKE TUCKER (7), ) | |
| JA'CORY DANTE RANGER (8), ) | |
| JEROME NOEL RANGER (10), ) | |
| ) | |
| Defendants. ) | |

QUESTION(S) FROM THE JURY

DURING DELIBERATIONS

AND COURT'S RESPONSE(S)

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs | ) | NO: CR-11-1013-TUC-RCC |
| | ) | |
| GHERMON LATEKE TUCKER (7), | ) | |
| JA'CORY DANTE RANGER (8), | ) | |
| JEROME NOEL RANGER (10), | ) | |
| | ) | QUESTION(S) FROM JURY |
| Defendant. | ) | DURING DELIBERATIONS |
| | ) | |

Please provide a copy of Section 841 of Title 21 of the U.S. Code.

and

841(a) & 846 of Title 21

and

Section 924(c) of Title 18 of the US code.

_____29_____  
FOREPERSON'S JUROR NUMBER (#)

___Aug 22, 2012___  ___3:47___
DATE                TIME

(1)

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs | ) | NO: CR-11-1013-TUC-RCC |
| | ) | |
| GHERMON LATEKE TUCKER(7), | ) | |
| JA'CORY DANTE RANGER (8), | ) | COURT'S RESPONSE |
| JEROME NOEL RANGER (10), | ) | |
| Defendants. | ) | |

<u>In response to your question, you already have what you need from those portions of the code in your instructions.</u>

_____
RANER C. COLLINS
UNITED STATES DISTRICT JUDGE

8-22-12         4:29 pm
DATE              TIME

(1A)

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

UNITED STATES OF AMERICA, )
)
        Plaintiff, )
)
vs )   NO: CR-11-1013-TUC-RCC
)
GHERMON LATEKE TUCKER (7), )
JA'CORY DANTE RANGER (8), )
JEROME NOEL RANGER (10), )
)   QUESTION(S) FROM JURY
        Defendant. )   DURING DELIBERATIONS
)

Re: 4th paragraph Page 1 of the instructions.
"Third, One of the members---"
Does "members" refer to defendants or any members of the conspiracy.

FOREPERSON'S JUROR NUMBER (#): 29
DATE: Aug 22, 2012
TIME: 3:52

(2)

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs | ) | NO: CR-11-1013-TUC-RCC |
| | ) | |
| GHERMON LATEKE TUCKER(7), | ) | |
| JA'CORY DANTE RANGER (8), | ) | COURT'S RESPONSE |
| JEROME NOEL RANGER (10), | ) | |
| Defendants. | ) | |

In response to your second question, members means anyone who you determine to be a member of the conspiracy proven beyond a reasonable doubt.

_____
RANER C. COLLINS
UNITED STATES DISTRICT JUDGE

8-22-12     4:29pm
DATE         TIME

(2A)

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

UNITED STATES OF AMERICA,  )
                           )
            Plaintiff,     )
                           )
vs                         )   NO: CR-11-1013-TUC-RCC
                           )
GHERMON LATEKE TUCKER (7), )
JA'CORY DANTE RANGER (8),  )
JEROME NOEL RANGER (10),   )
                           )   QUESTION(S) FROM JURY
            Defendant.     )   DURING DELIBERATIONS
                           )

For count 3 and 4, the guidance says "Second, the defendant knowingly possessed one Ruger, Model P95, .9 caliber pistol, SN 317-31859, one Taurus..." Does this imply the defendant was aware of every gun listed or at least one of the guns listed?

___29___                    Aug 22, 2012    4:30
FOREPERSON'S JUROR NUMBER (#)    DATE        TIME

(3)

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

UNITED STATES OF AMERICA, )
)
Plaintiff, )
)
vs ) NO: CR-11-1013-TUC-RCC
)
GHERMON LATEKE TUCKER(7), )
JA'CORY DANTE RANGER (8), ) COURT'S RESPONSE
JEROME NOEL RANGER (10), )
Defendants. )
)

In response to your third question, please refer back to the instructions.

_____
RANER C. COLLINS
UNITED STATES DISTRICT JUDGE

8-22-17
DATE          TIME



IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

UNITED STATES OF AMERICA,  )
                           )
          Plaintiff,       )
                           )
     vs                    )   NO: CR-11-1013-TUC-RCC
                           )
GHERMON LATEKE TUCKER (7), )
JA'CORY DANTE RANGER (8),  )
JEROME NOEL RANGER (10),   )
                           )   QUESTION(S) FROM JURY
          Defendant.       )   DURING DELIBERATIONS
_____)

In the indictment, (Count 3) "-----" and caused others to possess firearms." (Count 4)
Can you clarify the meaning of "and caused others." There is a difference between the indictment language and the white explanation packet language that refers to the same count.

___29___  Aug. 23, 2012   11:29 AM
FOREPERSON'S JUROR NUMBER (#)   DATE   TIME



IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

UNITED STATES OF AMERICA, )
)
        Plaintiff, )
)
    vs )    NO: CR-11-1013-TUC-RCC
)
GHERMON LATEKE TUCKER(7), )
JA'CORY DANTE RANGER (8), )    COURT'S RESPONSE
JEROME NOEL RANGER (10), )
        Defendants. )
_____)

__Please refer back to the instructions._____

_____    __5-23-17___    __12:04__
RANER C. COLLINS    DATE    TIME
UNITED STATES DISTRICT JUDGE

