PD

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA



FILED          LODGED
RECEIVED       COPY

AUG 24 2012

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

UNITED STATES OF AMERICA,    )
                                  )
              Plaintiff,    )
                                  )
          vs                  )    NO: CR-11-1013-TUC-RCC
                                  )
GHERMON LATEKE TUCKER (7),    )
JA'CORY DANTE RANGER (8),    )
JEROME NOEL RANGER (10),    )
                                  )
            Defendants.    )
_____)

QUESTION(S) FROM THE JURY

DURING TRIAL

At this location

Is this the only person arrested?

Any weapons ~~take~~ yes

CR – 8-13-2012

Witness #8

CR-11-1013 – 4Uc-RCC

Cc to dfts 7, 8 & 10

What was the
Nick Name of the
Plan in Picture we saw

N

8-13-2012

Witness # 8

CR-11-1013 = the Rec
as to Dfts 7, 8 & 10

Is the Red Explorer
the same vehicle as
the Red Expedition?

( I keep hearing
reference to both models)

Witness #10

CR-11- 1013- Tucker

8-14-2012

as to dfts 7, 8 & 10

## Clarify the timeline:

The warehouse arrest time: yps

The Prince Road turn around time: yes

The time of the the Food City Dept departure:

Witness # 10

CR-11-1013-TUC-tcc

8-14-2012

us to dfts 7, 8 & 10

AK – 47 } Are these civilian
AR – 15 }  versions?

ie;

Are they semi-Auto or
altered to full automatic?

Was there any rounds in
the Rifles?                    N

Witness # 11

CR-11-1013-MC-RCC

8-14-2012

lifts  7, 8 & 10

Difference in your mind
between an long rifle
and assult rifle?
yes

Witness # 13
8-14-2012
CR-11-1013-McLoo
dfts 7, 8 & 10

Pleas Clarify forms

Is the Colt Model Sporter II equal to
an AR-15 and equal to an
M-16? If not who had the M-16?
yes

Does a Norinco Model MAK 90
equal an AK-47? yes

Witness # 14

CR-11-1013-MecaRee

8-14-2012

Why Did the police let
you go when you got pulled
Over & You had no
Drivers License ? yes
Did you get a ticket ?
yes

Witness # 16

8-15-2012

CR-11-1013-Mc-Lee

Were all three of the cars at
food city facing the same
direction?   gray car
              blk cadilac
              Red expadition yrs

Witness # 16

8-15-2012

CR-11-1013- Mec-Rcc

How did they all end up at the circle K? yes

Witness # 16

8-15-2012

CR-11-1013-TUc-Lee

What is a "sim" card?

yes

Witness # 18

8-15-2012

CR-11-1013-TueRCC

— WAS SIM CARD 96B
  FOR PHONE 96A ?
— DID YOU PLUG IT INTO PHONE
  TO GET DATA ?

                    YES


Witness  #  19

      8 - 15 - 2012

    CR - 11 - 1013 -
         Tue - RCC

The phone found @ the warehouse
outside on ground...

Calls between 2:00 - 2:20
YES


Witness # 21

8 - 16 - 12

CR - 11 - 1013 - Pierce

~~Could a 4 second~~ ~~duration contact be~~ ~~a Text?~~

Did you try to align text time stamp information to the times indicated in the call log data? yes

Can a text go out over a push to talk#? number?

In exhibit 114 are all of Jerome Ranger's outgoing cell times rounded to the nearest minute? yes

Before yesterday, was your data output in exhibit 113 and 114 peer reviewed? yes

Witness # 21
8-16-12            CR-11-1013-PHC-
                              LCC

Wit ness # 23

8 - 16 - 12

CR-11-1013-The-RCC

testimony I think the 51st (Ave)
∧ is incorrect.
— 51st (Street)
+ Riggs is
much more
likely.

(I am very familiar with
Phx) Big difference
between 51st Ave
+ 51st St.

Was Mr. Ranger (Jerome)
Arrested @ this time?

What is the original charge or
are the charges the same
as presented today?


WITNESS # 24

8-16-12

When he got the
Phone call did he
Day Why he followed
the Mexican men to
Food City — Did you
ask ?        yes

Witness #24

8-16-12

What are the Gun Laws
in Arizona in Carrying
a Gun in your Car
Concealed or in the open?

Witness # 25

8-17-2012

① (Michael Pula) (Repeat for me)
Serkis/tells Madona the
Mexicans have been arrested.
What evidence supports
the communication of VII
this fact to Serko(vis?) and who
(Mena Pula) communicated?

② Outside the warehouse,
Mayco gets a call off to who
in Phoenix? ya.?

③ Can you
Repeat who made it (flop)
out the front door (glass door) Shaul.
of the warehouse? yes

④ who is Mayco's brother-in-law (name)?
yes

Witness #25

8-17-2012

⑤ Zip tie — pre-arranged.
Arrange for what use? NO Do you
Know?

⑥ What day of the week is 3-2-2011?

⑦ Background ... From your experience
why are the gloves important,
but in particular
why just 1 glove? N

Witness #25

8-17-2013

is This application
to pull the Cealls
anibe through a
smartphone? Email
based?

yes

Wit Ness # 26
8-21-2012
CR-11-1013-
tlc tac

Does the company
have phones to use
to contact leads
or do they use
their own cell phone?

yes

Witness # 26

8 - 21 - 12

CR - 11 - 1013 - McKee