```
1            IN THE UNITED STATES DISTRICT COURT
2                    DISTRICT OF ARIZONA
3   UNITED STATES OF AMERICA
4   vs.                              CR-11-1013-TUC-RCC
5   GHERMON LATEKE TUCKER, et al.,
6
              Defendants.
7   _____
8                                    August 02, 2012
                                     Tucson, Arizona
9
```

IN CHAMBERS HEARING

BEFORE THE HONORABLE RANER C. COLLINS
UNITED STATES DISTRICT JUDGE

```
22  Court Reporter:        Erica R. Grund, RDR, CRR
                           Official Court Reporter
23                         405 W. Congress Street
                           Tucson, Arizona 85701
24
25     Proceedings prepared by computerized realtime
                          translation
```

|   |   |   |
|---|---|---|
| 1 | | A P P E A R A N C E S |
| 2 | | |
| 3 | For the Government: | James T. Lacey |
|   | | Kimberly E. Hopkins |
| 4 | | Assistant U.S. Attorneys |
| 5 | Telephonically | |
|   | for Ghermon Tucker: | Dan Cooper |
| 6 | | Cooper & Udall PC |
| 7 | | |
| 8 | Telephonically | |
|   | for Jerome Ranger: | Stephen Jonathan Young |
| 9 | | Williamson & Young |
| 10 | | |
| 11 | Telephonically | |
|   | for Ja'Cory Ranger: | Bradley James Armstrong |
| 12 | | Armstrong Law Office |

```
1              P R O C E E D I N G S
2         THE COURT:  A couple of days ago -- this
3    is something I called.  A couple of days ago, the
4    Government filed a motion about waiting until the
5    day we picked the jury to disclose cooperators.
6         Are you all still there?
7         MR. COOPER:  Yes.
8         MR. ARMSTRONG:  Yes, sir
9         THE COURT:  And I wanted to address that
10   today.  I read what the Government said.  I read
11   your responses to it.
12        Is there anything additional that anybody
13   wants to say about it?  I'm having this done -- a
14   court reporter is present, by the way.
15        Don't everybody speak at once.
16        MR. YOUNG:  This is Jon Young for Jerome
17   Ranger.  I don't have anything beyond what was in
18   the pleadings, Your Honor.
19        THE COURT:  Okay.  How about you,
20   Mr. Cooper?
21        MR. COOPER:  I don't have anything beyond
22   the pleadings either.
23        THE COURT:  Mr. Armstrong?
24        MR. ARMSTRONG:  Nothing else.
25        THE COURT:  Okay.  Mr. Lacey and
```

```
 1  Ms. Hopkins?
 2          MR. LACEY:  We've laid it out in the
 3  papers as well, Your Honor.
 4          THE COURT:  Here's what I'm going to do.
 5  I'm going to order that the stuff be disclosed now,
 6  but you guys can't reveal the names to your clients
 7  until Tuesday.
 8          MR. COOPER:  That's fine.  I'm not going
 9  to go out to the prison, period, and he never calls
10  me, so that's not a problem.
11          THE COURT:  Mr. Cooper?
12          MR. COOPER:  That was me.  That was me.
13          THE COURT:  Oh, that was Mr. Cooper?  I
14  thought that was Mr. Young.
15          MR. ARMSTRONG:  Judge, I'll abide by the
16  Court's order, obviously.
17          THE COURT:  Mr. Young?
18          MR. YOUNG:  My client's in Phoenix, Your
19  Honor.  I'll abide by the Court's order.  I'm
20  rolling around in my mind -- I think I might have
21  to object to it.
22          THE COURT:  You can show -- the record can
23  show your objection.
24          MR. YOUNG:  I think for me to prepare for
25  its use, I really have to go over it with my client
```

```
 1   and ask what's true and what's not and what's that
 2   about.
 3              THE COURT:  Well, don't forget.  We pick
 4   the jury on Tuesday.  I think Mr. Cooper's leaving
 5   on Wednesday afternoon, aren't you, Dan?
 6              MR. COOPER:  No, sir, Thursday afternoon.
 7              THE COURT:  Okay.  He's leaving on
 8   Thursday afternoon.  So you'll have that full
 9   weekend to prepare.
10              MR. YOUNG:  Well I don't work on weekends.
11              THE COURT:  When did that start?
12              MR. LACEY:  Judge, make sure you check
13   those vouchers.
14              THE COURT:  When did you stop working on
15   weekends, Mr. Young?
16              MR. YOUNG:  When I graduated from law
17   school.
18              MR. ARMSTRONG:  And Your Honor, may I ask
19   the Government if there is -- if they're planning
20   on calling any cooperators that first week?
21              THE COURT:  They're shaking their heads
22   no.
23              MR. ARMSTRONG:  Okay.
24              THE COURT:  Okay?
25              MR. YOUNG:  Yes, Your Honor.
```

1  MR. LACEY: And Judge, one further thing.
2  We'd like a protective order as far as those
3  materials are concerned so, first, no copies get
4  given to the clients, and after the trial's
5  completed, we get those materials back, as to the
6  cooperators as well as the informant.
7  THE COURT: All right. I'll order that.
8  MR. COOPER: That was my question, because
9  I'm in the process of collating and organizing
10 several thousand pages, so what I want to know from
11 the Government, and if they could put out a list of
12 what is it they want us to return to them.
13 MR. LACEY: We're talking now -- the
14 materials you already have, I'm not that concerned
15 about. It's the materials with the exception of
16 the materials as to the CS that you were given this
17 week.
18 MR. COOPER: Okay.
19 MR. LACEY: We're talking those materials
20 and the materials you will be getting now that deal
21 with the cooperators.
22 MR. COOPER: Okay.
23 THE COURT: All right. Thanks, guys.
24 MR. COOPER: Thank you, Your Honor.
25 THE COURT: Sorry it was such a difficult

```
 1    thing with the phone call.
 2            MR. COOPER:  No problem.
 3            THE COURT:  All right.  See you guys on
 4    Tuesday.
 5            MR. YOUNG:  See you then.
 6            THE COURT:  Bye.
 7            (Proceedings concluded in this matter.)
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

C E R T I F I C A T E

I, Erica R. Grund, do hereby certify that I took the machine shorthand notes in the foregoing matter; that the same was transcribed via computer-aided transcription; that the preceding pages of typewritten matter are a true, correct, and complete transcription of those proceedings ordered, to the best of my skill and ability.

Dated this 2nd day of January, 2013.

s/Erica R. Grund
Erica R. Grund, RDR, CRR
Official Court Reporter