```
 1              IN THE UNITED STATES DISTRICT COURT

 2                     DISTRICT OF ARIZONA

 3   UNITED STATES OF AMERICA

 4   vs.                                CR-11-1013-TUC-RCC

 5   GHERMON LATEKE TUCKER, et al.,

 6
                    Defendants.
 7   _____

 8                                       August 24, 2012
                                         Tucson, Arizona
 9

10

11

12

13                         JURY TRIAL

14                         DAY TWELVE

15       BEFORE THE HONORABLE RANER C. COLLINS
               UNITED STATES DISTRICT JUDGE
16

17

18

19

20

21

22   Court Reporter:        Erica R. Grund, RDR, CRR
                            Official Court Reporter
23                          405 W. Congress Street
                            Tucson, Arizona 85701
24

25      Proceedings prepared by computerized realtime
                          translation
```

```
 1                    A P P E A R A N C E S
 2
 3    For the Government:      James T. Lacey
                                Kimberly E. Hopkins
 4                              Assistant U.S. Attorneys
 5
 6    For Ghermon Tucker:      Dan Cooper
                                Cooper & Udall PC
 7
 8
 9    For Jerome Ranger:       Stephen Jonathan Young
                                Williamson & Young
10
11
12    For Ja'Cory Ranger:      Bradley James Armstrong
                                Armstrong Law Office
13
14
15
16
17
18
19
20
21
22
23
24
25
```

```
 1                    P R O C E E D I N G S
 2            THE COURT:  Show the presence of all
 3   counsel and defendants.  Indicate that we've been
 4   informed that the jury has reached a verdict.
 5            Everybody, I need to make sure that
 6   whatever the verdict is, I need no public outcry.
 7   Okay?
 8            All right.  You can bring them in.
 9            Can I see counsel for a second?
10            (A bench conference was held off the
11            record.)
12            (The jury enters the courtroom.)
13            THE COURT:  Show the jurors returned back
14   to the courtroom, the presence of all counsel and
15   the defendants.
16            I've been informed that the jury has
17   reached a verdict; is that correct?
18            THE FOREPERSON:  Yes.
19            THE COURT:  If you would hand the forms of
20   verdict to the courtroom deputy, please.
21            I'm going to read the forms of verdict.
22   The first one is for Ghermon Lateke Tucker.
23            We the jury find the defendant, Ghermon
24   Lateke Tucker, guilty of conspiracy to possess with
25   intent to distribute cocaine, as charged in Count
```

1  1.

2          If you find the defendant guilty of
3  conspiracy to possess with intent to distribute
4  cocaine, what do you find the weight to be beyond a
5  reasonable doubt?  Checked less than five
6  kilograms, no.  More than five kilograms, no.  50
7  kilograms, no.  65 kilograms of cocaine, yes.
8  Signed Foreperson, Juror No. 29, August 23rd,
9  2002.

10         We the jury find the defendant, Ghermon
11 Lateke Tucker, not guilty of attempted possession
12 with intent to distribute cocaine, as charged in
13 Count 2, signed Foreperson, No. 29, August 24th,
14 2012.

15         We the jury find the defendant, Ghermon
16 Lateke Tucker, guilty of possession of one or more
17 firearms as set forth and charged in Count 3 during
18 and in furtherance of a drug trafficking crime, to
19 wit: conspiracy to possess with intent to
20 distribute cocaine.  Foreperson, Juror No. 29,
21 August 23, 2012.

22         We the jury find the defendant, Ghermon
23 Lateke Tucker, not guilty of possession of one or
24 more firearms as set forth and charged in Count 4
25 during and in furtherance of a drug trafficking

1    crime, to wit: attempted possession with intent to
2    distribute cocaine.  Foreperson, Juror No. 29,
3    August 24th, 2012.
4             With regard to the verdicts for
5    Mr. Tucker, either side -- Mr. Tucker, do you wish
6    to have the jury polled?
7             MR. COOPER:  Yes, Your Honor.
8             THE COURT:  I'm going to ask the jurors at
9    this point in time to answer two questions.  The
10   questions should have either a yes or no answer.
11            THE CLERK:  Juror No. 2, are these your
12   individual verdicts?
13            JUROR:  Yes, they are.
14            THE CLERK:  And those of the jury?
15            JUROR:  Yes, they are.
16            THE CLERK:  Juror No. 4, are these your
17   individual verdicts?
18            JUROR:  Yes.
19            THE CLERK:  And those of the jury?
20            JUROR:  Yes.
21            THE CLERK:  Juror No. 6, are these your
22   individual verdicts?
23            JUROR:  Yes.
24            THE CLERK:  And those of the jury?
25            JUROR:  Yes.

```
 1              THE CLERK:  Juror No. 40, are these your
 2   individual verdicts?
 3              JUROR:  Yes.
 4              THE CLERK:  And those of the jury?
 5              JUROR:  Yes.
 6              THE CLERK:  Juror No. 11, are these your
 7   individual verdicts?
 8              JUROR:  Yes.
 9              THE CLERK:  And those of the jury?
10              JUROR:  Yes.
11              THE CLERK:  Juror No. 43, are these your
12   individual verdicts?
13              JUROR:  Yes.
14              THE CLERK:  And those of the jury?
15              JUROR:  Yes.
16              THE CLERK:  Juror No. 42, are these your
17   individual verdicts?
18              JUROR:  Yes.
19              THE CLERK:  And those of the jury?
20              JUROR:  Yes.
21              THE CLERK:  Juror No. 15, are these your
22   individual verdicts?
23              JUROR:  Yes.
24              THE CLERK:  And those of the jury?
25              JUROR:  Yes.
```

```
 1              THE CLERK:  Juror No. 25, are these your
 2   individual verdicts?
 3              JUROR:  Yes.
 4              THE CLERK:  And those of the jury?
 5              JUROR:  Yes.
 6              THE CLERK:  Juror No. 26, are these your
 7   individual verdicts?
 8              JUROR:  Yes.
 9              THE CLERK:  And those of the jury?
10              JUROR:  Yes.
11              THE CLERK:  Juror No. 27, are these your
12   individual verdicts?
13              JUROR:  Yes.
14              THE CLERK:  And those of the jury?
15              JUROR:  Yes.
16              THE CLERK:  Juror No. 29, are these your
17   individual verdicts?
18              JUROR:  Yes.
19              THE CLERK:  And those of the jury?
20              JUROR:  Yes.
21              THE CLERK:  Thank you.
22              THE COURT:  The next form of verdict I'll
23   read is for Jerome Noel Ranger.  There are four
24   forms of verdict.  They're all filled out the same
25   way, so I'll just read one.
```

1          We the jury find the defendant, Jerome
2   Noel Ranger, not guilty, signed by Foreperson,
3   Juror No. 29, August 24th, 2012.  Each of the other
4   three jury verdicts read the same, not guilty.
5          For Mr. Ja'Cory Dante Ranger, there are
6   four forms of verdict filled out the same way.
7   They each read:  We the jury find the defendant,
8   Ja'Cory Dante Ranger, not guilty, signed by
9   Foreperson, Juror No. 29, August 24th, 2012.
10          Anybody wish to have the jury polled?
11          MR. ARMSTRONG:  No, Your Honor.
12          MR. YOUNG:  No, Your Honor.
13          MR. LACEY:  Yes, Your Honor.
14          THE COURT:  At this point in time, once
15   again, you'll be asked questions that require one
16   of two responses, either yes or no.
17          THE CLERK:  Juror No. 2, are these your
18   individual verdicts?
19          JUROR:  Yes.
20          THE CLERK:  And those of the jury?
21          JUROR:  Yes.
22          THE CLERK:  Juror No. 4, are these your
23   individual verdicts?
24          JUROR:  Yes.
25          THE CLERK:  And those of the jury?

1            JUROR:  Yes.
2            THE CLERK:  Juror No. 6, are these your
3    individual verdicts?
4            JUROR:  Yes.
5            THE CLERK:  And those of the jury?
6            JUROR:  Yes.
7            THE CLERK:  Juror No. 40, are these your
8    individual verdicts?
9            JUROR:  Yes.
10           THE CLERK:  And those of the jury?
11           JUROR:  Yes.
12           THE CLERK:  Juror No. 11, are these your
13   individual verdicts?
14           JUROR:  Yes.
15           THE CLERK:  And those of the jury?
16           JUROR:  Yes.
17           THE CLERK:  Juror No. 43, are these your
18   individual verdicts?
19           JUROR:  Yes.
20           THE CLERK:  And those of the jury?
21           JUROR:  Yes.
22           THE CLERK:  Juror No. 42, are these your
23   individual verdicts?
24           JUROR:  Yes.
25           THE CLERK:  And those of the jury?

1       JUROR:  Yes.
2       THE CLERK:  Juror No. 15, are these your
3  individual verdicts?
4       JUROR:  Yes.
5       THE CLERK:  And those of the jury?
6       JUROR:  Yes.
7       THE CLERK:  Juror No. 25, are these your
8  individual verdicts?
9       JUROR:  Yes.
10      THE CLERK:  And those of the jury?
11      JUROR:  Yes.
12      THE CLERK:  Juror No. 26, are these your
13 individual verdicts?
14      JUROR:  Yes.
15      THE CLERK:  And those of the jury?
16      JUROR:  Yes.
17      THE CLERK:  Juror No. 27, are these your
18 individual verdicts?
19      JUROR:  Yes.
20      THE CLERK:  And those of the jury?
21      JUROR:  Yes.
22      THE CLERK:  Juror No. 29, are these your
23 individual verdicts?
24      JUROR:  Yes.
25      THE CLERK:  And those of the jury?

1             JUROR:  Yes.
2             THE CLERK:  Thank you.
3             THE COURT:  Enter the jury verdict at this
4    point in time.
5             I now can excuse you from further service
6    as jurors in this case.  I want to thank you for
7    your time and for your attention.  It's not an easy
8    thing being in judge of your fellow man, but our
9    system of justice depends on people like yourselves
10   doing this for us every day, and we all greatly
11   appreciate it.
12            Couple of housekeeping matters.  I'm going
13   to ask you to leave those juror badges behind.
14   They'll be recycled and used again.
15            I'm going to ask to leave your notes
16   behind.  They're going to be destroyed.  They will
17   not be read by anybody.
18            You can now talk to anybody you want to
19   about the case or not talk to anybody you want to
20   about the case, and if you want to speak to either
21   Ms. Hopkins or Mr. Lacey, you can find them at the
22   U.S. Attorney's Office, blue pages of the telephone
23   book.  Mr. Cooper, Mr. Young, or Mr. Armstrong, you
24   can find them in the yellow pages of the phone
25   book.

```
 1                Counsel?
 2                (The following proceedings occurred at the
 3           bench.)
 4                MR. LACEY:  We have the forfeiture issue
 5    to address, Judge.
 6                THE COURT:  What's your client going to do
 7    about the forfeiture?
 8                MR. COOPER:  He doesn't care.  Forfeited.
 9                THE COURT:  That's what I thought.
10                MR. LACEY:  Okay.  As far as the others,
11    we'll worry about that later.
12                THE COURT:  All right.
13                (End of bench conference.)
14                THE COURT:  If you see either I or the
15    lawyers walking around in southern Arizona, feel
16    free to say hi.  We're not near as mean as we
17    look.
18                If you have any questions for me, I'll be
19    back in the jury room in about five minutes to
20    answer any questions that you have.  Again, thank
21    you for your time and for your attention.  You're
22    now excused.
23                (The jury exits the courtroom.)
24                THE COURT:  Show the absence of the jury,
25    presence of all counsel and the defendants.
```

1           Mr. Tucker, I'm going to set sentencing
2  for you on Friday, November the 2nd, at 9:10 in the
3  morning.  Probation's going to do a report I will
4  -- yes, sir?
5           DEFENDANT GHERMON TUCKER:  No.  Go ahead.
6  I'm going to ask you a question later.
7           THE COURT:  You can ask me now.
8           DEFENDANT GHERMON TUCKER:  No, go ahead.
9           THE COURT:  Probation is going to
10 interview you in preparation of that report.  I
11 will use that report to decide what your sentence
12 should be.
13          If there is anything you want me to know,
14 there are four ways you can participate in making
15 that decision.  Way number one, tell probation.
16 They'll tell me.  Way number two, you can write me
17 a letter.  I'll read it.  Way number three, you can
18 assist your attorney in preparation of any
19 sentencing memorandum that he does.  And way number
20 four, you'll have a chance to speak to me in court
21 on the day of sentencing.  Once again, it's
22 November the 2nd at 9:10 in the morning.
23          You had a question?
24          DEFENDANT GHERMON TUCKER:  Yes, I was
25 wondering, could you allow me to stay at Wilmot

```
 1  until I get sentenced?
 2          THE COURT:  I'll certainly ask the
 3  marshals to see if they can do that.  I can't make
 4  any guarantees, but I will try.
 5          MR. COOPER:  I was hoping as well, Your
 6  Honor.  Thank you.
 7          THE COURT: All right.  The other issue
 8  is, you agreed that any interest you have in the
 9  car that you had with your name on it you
10  forfeited; is that correct?
11          DEFENDANT GHERMON TUCKER:  They didn't
12  take my car.
13          THE COURT:  All right.
14          MR. LACEY:  His car wasn't at issue.  The
15  guns were the issue.
16          THE COURT:  He doesn't want anything to do
17  with the guns.  They'll be gone.
18          Right, Mr. Tucker?
19          DEFENDANT GHERMON TUCKER:  Yes.
20          THE COURT:  All right.  When you speak to
21  probation, you have a right to have your attorney
22  present with you during that conversation.  All I
23  ask is that, whatever questions you choose to
24  answer, you be truthful.
25          Understood?
```

1                    DEFENDANT GHERMON TUCKER:  Yes, sir.

2               THE COURT:  Any further questions?

3                    DEFENDANT GHERMON TUCKER:  No, sir.

4               THE COURT:  All right.  Mr. Ja'Cory Ranger and Mr. Jerome Ranger, I wouldn't normally do this, but I may have this opportunity only once.

7          You each dodged a tremendous bullet in this case.  I wasn't there.  I don't know what went on.  You two do.  Mr. Young said something in his closing argument that you might want to take to heart, and it has something to do with, if you sleep with dogs, you wake up with flees, something like that.

14          The people you hang around with, the places that you go, the things that you do, they come back to bite you, and they come back to bite you big time.

18          Whatever happened in this case, the next time you hear even hint of a discussion about going someplace to take something that doesn't belong to you, my suggestion to you is, go the other way. Walk away.  Walk away fast.

23          Mr. Young talked about the fact that you can have guns in Arizona.  You can have AK-47s. You can have MR-15s.  Yes, you can have those

1  things.  Probably not a good idea.
2          The jury, having found Mr. Ja'Cory Ranger
3  not guilty, he's released.
4          Good luck to both of you.
5          Oh, Mr. Ja'Cory Ranger, Mr. Jerome Ranger,
6  do each of you forfeit any interest you might have
7  had in the guns involved in this case?
8          DEFENDANT JA'CORY RANGER:  Excuse me?
9          THE COURT:  Do you forfeited any interest
10 you might have had in the guns involved in this
11 case?
12         DEFENDANT JA'CORY RANGER:  Yeah, yeah.
13 I'm not worried about it.
14         DEFENDANT JEROME RANGER:  Yes.  Yes, sir.
15         MR. LACEY:  And the Escalade as well, Your
16 Honor?
17         DEFENDANT JA'CORY RANGER:  Nah, nah.  I
18 want my truck.
19         THE COURT:  You're going have to fight for
20 the Escalade.  You may not get it still.
21         DEFENDANT JA'CORY RANGER:  All right.
22         THE COURT:  Good luck to you.
23         MR. LACEY:  Thanks Your Honor.
24         THE COURT:  Thank you.
25         (Proceedings concluded in this matter.)

C E R T I F I C A T E

     I, Erica R. Grund, do hereby certify that I took the machine shorthand notes in the foregoing matter; that the same was transcribed via computer-aided transcription; that the preceding pages of typewritten matter are a true, correct, and complete transcription of those proceedings ordered, to the best of my skill and ability.

     Dated this 2nd day of January, 2013.


                            s/Erica R. Grund
                        Erica R. Grund, RDR, CRR
                         Official Court Reporter