1
2
3
4
5
6        **IN THE UNITED STATES DISTRICT COURT**
7            **FOR THE DISTRICT OF ARIZONA**
8   **United States of America,**                )          **No. CR11-01013-7-TUC-RCC(BGM)**
                                                 )
9                      **Plaintiff,**            )
                                                 )
10  **vs.**                                      )
                                                 )
11  **Ghermon Lateke Tucker,**                   )
                                                 )
12                     **Defendant.**            )
    _____          )
13
14        Defendant Ghermon Lateke Tucker contacted chambers to request a copy of
15  discovery. The Court has reviewed the Government's response;
16        **IT IS HEREBY ORDERED** that the Defendant's request for un-redacted
17  material is DENIED at this time.
18        DATED this 2nd day of June, 2016.
19
20
21
22  _____
23                  Raner C. Collins
24            Chief United States District Judge
25
26
27
28