Ghermon Tucker

Reg. No. 15306-196

F.C.I. Phoenix

37910 N. 45th Ave

Phoenix, Arizona 85086



FILED — LODGED
RECEIVED — COPY

JUN 2 2016

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

Dear: Honorable Judge, Raner C. Collins

CR11-01013-7-TUC-RCC (BGm)

I am contacting you in regards to an issue that I am facing. I'm Currently in the process of filing a 2255 motion through a paralegal service, which has informed me that to give me adequate representation, he would need to look over my entire case file. Which brings me to my current issue. I have provided Mr. Sweeney (paralegal ) with majority of my case file . Which was given to me by my appellate attorney Mr. Jeffery Buchella who filed my direct appeal. I informed him of the avenue I'm taking to file my motion. He provided most of what I needed, but informed me that he could not provide me or Mr. Robert Sweeney with a copy of my discovery due to identification issues pertaining to the confidential informant. Mr. Buchella informed me that I would need to contact you and request  for you to allow the release of the discovery to Mr. Sweeney . I have all of my motion hearings, Pre-Sentencing Report, Trial Transcripts, Sentencing Transcripts, and Direct appeal Briefs. So I'm asking for your help in regards to my request in obtaining the discovery part to my case file. I do believe it would be of significant help to my appeal process if you were to grant my request. So if you do decide to grant my request Mr. Robert Sweeney is preparing  the 2255 motion for me. His contact info is: Paralegal Services of the Upstate

C/O Robert Sweeney

907 S. Garrison Road

Simpsonville, SC 29680

office # (864) 243-3113

Cell   # (864) 293-1681

Fax    # (864) 438-1402

resweeney49@yahoo.com

Sincerely, Ghermon L. Tucker