UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

FILED ____ LODGED
RECEIVED ____ COPY

APR - 4 2018

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
____ DEPUTY

GHERMON LATEKE TUCKER )  CASE NO: CR-11-1013-TUC-RCC
DEFENDANT             )  MEMORANDUM OF LAW
                      )  TO PURSUANT UNDER 18 U.S.C § 3582
  -VS-                )  BASED UPON NEWLY RETROACTIVELY
                      )  APPLICATION OF AMENDMENT (782)
UNITED STATES OF AMERICA )
RESPONDENT            )
                      )
                      )
_____)

**MOTION TO THIS HONORABLE DISTRICT COURT
TO MODIFY THE DEFENDANT TERM OF
IMPRISONMENT ON PURSUANT TO 18 U.S.C. §3582(C)(2)
UNDER AMENDMENT (782) SMARTER SENTENCING
ACT OF 2014**

COMES NOW, defendant Ghermon Lateke Tucker, Respectfully submitted this petition to this Honorable district Court to Modify defendant sentence based upon Amendment (782)

**FACTUAL BACKGROUND**

Defendant Ghermon Lateke Tucker, was indicted by a grand jury on several count(s), on count (1) conspiracy to possess cocaine with intent to distribute in violation 21 U.S.C §846; count (2) possessing a firearm in furtherance of a drug trafficking crime, in violation of 18 U.S.C. § 924(c)(1).

On July 18,2014, the United States Sentencing Commission enacted an Amendment to U.S.S.G § 2d1.1, which amendment(782) generally revising the drug quantity table across all drugs is by this policy statement on cases in which the order reducing the defendants term of imprisonment has the effect on November 1, 2015 or later. A reduction of sentence retroactivity application under 18 U.S.C.§ 3582(c)(2) provides that this Honorable District Court may alter a term of imprisonment "based upon a new sentencing commission pursuant to 28 U.S.C.§994(o), "but only", "if such a reduction is issued by the section 1B1.10, which designate guideline amendment. Apply retroactively, and the circumstance in which a court may afford retroactive relief.

1

Under the Smarter Sentencing Act of (2014); Amendment (782) guideline range would reduce the defendant Tucker previously guideline range from Base level (32), under the (All drugs minus) the defendant new base level would be a base level(30) with a new statutory (5) to (40) which a new guideline between (97- 120) instead of the original guideline range (121-151). Defendant Tucker aware that this Honorable District Court must consider all the factors announced in 18 U.S.C. §3553(A) irreguardless if the term is above or below the established guidelines. Exhibit (A) rehabilitation program.

Those factor include and are limited to the Following:

1) Seriousness of the offense

2) To promote respect for the law

3) Afford deference to criminal conduct

4) To Protect society from further crime by defendant

The Institutional conduct is a key factor in evaluating the application of the above factor. It should be noted in the progress report for the institution of his behavior as good conduct, and programming achievement, by rehabilitation programming his behavior during his entire incarceration in the United States Bureau of Prisons with no violence. This Honorable Court has discrection to sentencing defendant to the low-end of guideline range of new (All drug minus) to a term of (97) month imprisonment.

Amendment 782 reduced by two levels the offense assigned to the quantities that trigger the statutory mandatory minimum penalties in 2D1.1 and make parallel changes to 2D1.11. The purpose of the amendment are to reflect the commissions determination that setting the base offense levels above mandatory minimum penalties is no longer necessary and that a reduction would be an appropriate step toward alleviating the overcapacity of the Federal Prisons. The Amendment (782) section 2d1.1(c) is Amended by striking multiple paragraph by redesignation paragraphs (1) through (16)

2

As paragraphs (2) through (17) respectively, and by inserting new guideline range.

## CONCLUSION

Based upon forgoing reason defendant Ghermon Lateke Tucker prays this Honorable District Court has discretion to grant relief under 18 U.S.C. §3582(c). Defendant would like to seek a modification or reduction of his sentence , to determine by (All drugs minus) two level. Defendant prays this Honorable District Court grants relief.

Respectfully Submitted

*[signature]*

Ghermon Lateke Tucker #15306-196

Federal Correctional Institute Phoenix

37910 N. 45th Avenue

Phoenix, Arizona 85086

# EXHIBIT

# (A)

```
REGISTER NO: 15306-196    NAME..: TUCKER              FUNC: PRT
FORMAT.....: TRANSCRIPT   RSP OF: PHX-PHOENIX FCI
```

--------------------------- EDUCATION INFORMATION ---------------------------

| FACL | ASSIGNMENT | DESCRIPTION | START DATE/TIME | STOP DATE/TIME |
|---|---|---|---|---|
| PHX | ESL HAS | ENGLISH PROFICIENT | 12-20-2012 0935 | CURRENT |
| PHX | GED HAS | COMPLETED GED OR HS DIPLOMA | 05-08-2015 0852 | CURRENT |

--------------------------- EDUCATION COURSES ---------------------------

| SUB-FACL | DESCRIPTION | START DATE | STOP DATE | EVNT | AC | LV | HRS |
|---|---|---|---|---|---|---|---|
| PHX | HOUSE WIRING FCI LOCATION | 09-05-2017 | 02-15-2018 | P | C | M | 126 |
| PHX | INTRO TO AEROBIC EXERCISE | 04-06-2017 | 05-25-2017 | P | C | P | 8 |
| PHX | CREATIVE REAL ESTATE | 04-24-2017 | 06-26-2017 | P | C | P | 10 |
| PHX | SMALL BUSINESS PLANNING | 04-24-2017 | 06-26-2017 | P | C | P | 10 |
| PHX | RECREATION AIDE | 01-11-2017 | 03-01-2017 | P | C | P | 8 |
| PHX | BUILDING TRADES 3TIMES A WK AM | 05-30-2016 | 09-20-2016 | P | C | M | 156 |
| PHX | MUSIC THEORY | 03-25-2016 | 06-14-2016 | P | C | P | 10 |
| PHX | LEATHER SHOP FCI | 12-12-2015 | 03-05-2016 | P | C | P | 12 |
| PHX | GED AM CLASS  M-F HAWTHORNE | 04-16-2015 | 05-08-2015 | P | W | I | 34 |
| COP | VT ROOM 1 GED 12:30-3:00PM M-F | 11-29-2013 | 04-28-2014 | P | W | I | 150 |
| COP | INTRO TO ELECTRICITY | 07-01-2013 | 02-27-2014 | P | C | P | 20 |
| COP | VT ROOM 1 GED 12:30-3:00PM M-F | 03-21-2013 | 09-13-2013 | P | W | I | 90 |
| COP | PERSONAL GROWTH | 05-31-2013 | 07-26-2013 | P | C | P | 20 |
| COP | RPP HEALTH/NUTRITION #1 | 03-01-2013 | 03-01-2013 | P | C | P | 1 |

--------------------------- HIGH TEST SCORES ---------------------------

| TEST | SUBTEST | SCORE | TEST DATE | TEST FACL | FORM | STATE |
|---|---|---|---|---|---|---|
| TABE D | LANGUAGE | 10.7 | 01-08-2015 | PHX | 10 | |
| | MATH APPL | 11.4 | 01-08-2015 | PHX | 10 | |
| | MATH COMP | 10.7 | 01-08-2015 | PHX | 10 | |
| | READING | 12.2 | 01-08-2015 | PHX | 10 | |

```
G0000     TRANSACTION SUCCESSFULLY COMPLETED
```